MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRA COTTA II HOMEOWNERS ASSOCIATION and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.:    2:16-cv-01497-GMN-PAL <br><br> **STIPULATION AND ORDER OF DISMISSAL AND QUIET TITLE** |

Plaintiff Select Portfolio Servicing, Inc. ("SPS") and defendant Terra Cotta II Homeowners Association ("Terra Cotta"), being the only parties to have appeared in this action, through their counsel of record, stipulate as follows:

1. This matter relates to real property located 6292 Navajo Gorge Court, Las Vegas, Nevada 89142, APN 161-03-520-043 (the "Property").  The property is more specifically described as:

   PARCEL ONE (1)

   LOT FORTY-THREE (43) IN BLOCK ONE (1) OF TERRACOTTA II AS SHOWN BY MAP THEREOF ON FILE IN BOOK 100 OF PLATS, PAGE 57 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2)

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON AND OVER THE COMMON AREA AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR TERRACOTTA II, RECORDED NOVEMBER 1, 2001, IN BOOK 20011101 AS DOCUMENT NO. 03345 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

APN: 161-03-520-043

2. SPS is the servicer and non-party Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Certificateholders of First Franklin Mortgage Loan Trust Series 2006-FF7, Mortgage Pass-Through Certificates, Series 2006-FF7 ("Deutsche") is the beneficiary of a Deed of Trust that encumbers the Property and was recorded on February 24, 2006, as Document Number 20060224-0003612 in the Official Records of Clark County, Nevada (the "Deed of Trust").

3. On December 6, 2011, Terra Cotta recorded a Foreclosure Deed as Document Number 201112060002286 of the Official Records of Clark County, Nevada (the "HOA Foreclosure Deed"), reflecting that Terra Cotta acquired the Property at a foreclosure sale of the Property held December 2, 2011 (the "HOA Sale").

4. On June 23, 2016, SPS initiated a quiet title action against Terra Cotta and Nevada Association Services, Inc. in the United States District Court, District of Nevada, Case No. 2:16-cv-01497-GMN-PAL (the "Quiet Title Action").

5. SPS and Terra Cotta have entered a settlement agreement in which they have settled all claims between them in this case.

6. Among other things, Terra Cotta has transferred all interest it acquired as a result of the HOA Sale and HOA Foreclosure Deed to Deutsche.

7. Among other things, the parties agree that title to the Property is quieted in Deutsche's favor. Terra Cotta disclaims all right, title, or interest in the Property as a result of the HOA Sale and the HOA Foreclosure Deed.

/ /

| | |
|---|---|
| Dated: July 14, 2017. | Dated: July 14, 2017. |
| AKERMAN LLP | **NEVADA ASSOCIATION SERVICES, INC.** |
| /s/ *William S. Habdas, Esq.* | */s/ Chris Yergensen, Esq. (By permission)* |
| Melanie D. Morgan, Esq. | CHRIS YERGENSEN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. _____ |
| William S. Habdas, Esq. | 6224 West Desert Inn Road |
| Nevada Bar No. 13138 | Las Vegas, NV 89146 |
| 1160 Town Center Drive, Suite 330 | |
| Las Vegas, Nevada 89144 | *Attorneys for Terra Cotta II Homeowners Association* |
| *Attorneys for Plaintiff Select Portfolio Servicing, Inc.* | |

## ORDER

Based on the above stipulation between Plaintiff Select Portfolio Servicing, Inc. ("SPS") and Defendant Terra Cotta II Homeowners Association ("Terra Cotta"), the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that title to the real property located 6292 Navajo Gorge Court, Las Vegas, Nevada 89142, APN 161-03-520-043 (the "Property") is quieted in favor of Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Certificateholders of First Franklin Mortgage Loan Trust Series 2006-FF7, Mortgage Pass-Through Certificates, Series 2006-FF7.

**IT IS FURTHER ORDERED** that all claims in this case are dismissed with prejudice, each side to bear its own attorney fees and costs. This is the final judgment of this Court.

DATED this __20__ day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

AKERMAN LLP

/s/ *William S. Habdas, Esq.*
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
William S. Habdas, Esq.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Select Portfolio Servicing, Inc.*

APN 161-03-520-043          3
42278532;2